UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IRINA VORONINA, *et al.*,

                Plaintiff,

       -against-                              16-cv-2477 (LAK)

SCORES HOLDING COPANY, INC., *et al.*,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Magistrate Judge Debra Freeman issued an order on September 16, 2020 directing Scores Holding Company, Inc. ("Scores") to show cause by September 25, 2020 why the default judgment against third-party defendant Norm A Properties, LLC ("Norm A") should not be vacated and why Scores' claims against Norm A should not be dismissed for failure to prosecute. Scores did not respond to the order.

        Subsequently, Magistrate Judge Freeman issued a report and recommendation on October 20, 2020 recommending that the Court's order granting Scores a default judgment against Norm A be vacated and that Scores' third-party claims against Norm A be dismissed without prejudice. Scores did not file any objection within the time prescribed. Accordingly, the Court adopts the recommendation. The default judgment against Norm A is vacated and Score's third-party claims against Norm A are dismissed without prejudice for failure to prosecute.

        SO ORDERED.

Dated:      November 23, 2020

                                                          _____
                                                          Lewis A. Kaplan
                                                     United States District Judge